U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2012R00803)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 8 2016

JAMES N. HATTEN, Clerk
By: pam  Deputy Clerk

1:16-CR-145

| COUNTY NAME: | Fulton | DISTRICT COURT NO. |
| --- | --- | --- |
| | | UNDER SEAL |
| | | MAGISTRATE CASE NO. |

| X Indictment | Information | Magistrate's Complaint |
| --- | --- | --- |
| DATE: April 28, 2016 | DATE: | DATE: |

UNITED STATES OF AMERICA

vs.

SHAUNTAY CRAIG, A/K/A SHAKE, A/K/A SHAKEY, A/K/A SHAKE G OR BIG BRO

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Kim S. Dammers
Defense Attorney: