U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2012R00803)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

1:16-CR-145

| | |
|---|---|
| COUNTY NAME:  Fulton | DISTRICT COURT NO. |
| | UNDER SEAL |
| | MAGISTRATE CASE NO. |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: April 28, 2016 | DATE: | DATE: |

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| vs. | Prior Case Number: |
| | Date Filed: |
| VERTUIES WALL | |
| A/K/A "VERT" | |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney:  Kim S. Dammers and Ryan Buchanan
Defense Attorney: