**U.S. Department of Justice**
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

APR 2 8 2016

Division: Atlanta
(USAO: 2012R00803)

JAMES N. HATTEN, Clerk
By: PAM       Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

1:16-CR-145

| | |
|---|---|
| **COUNTY NAME:** Fulton | **DISTRICT COURT NO.** |
| | UNDER SEAL |
| | **MAGISTRATE CASE NO.** |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: April 2?, 2016 | DATE: | DATE: |

UNITED STATES OF AMERICA

vs.

NICHOLAS EVANS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Kim S. Dammers and Ryan Buchanan
Defense Attorney: