U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 28 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

Shauntay Craig, a/k/a shake, a/k/a shakey, a/k/a shake G or Big Bro

**Agent to Arrest**

Indictment/Information

1:16-CR-145

UNDER SEAL

ISSUED AND DELIVERED
TO U.S. MARSHAL
4-29-16
BY: _____ DEPUTY CLERK

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Kim S. Dammers
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94