UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL CASE NO. |
| v. ) | 1:16-CR-145-TWT-6, 7, 37 |
| ) | |
| LEWIS MOBLEY, *et al.*, ) | TRIAL GROUP 2 |
| ) | |
| Defendants. ) | |
| ) | |

**RECEIPT FOR EXHIBITS RETAINED BY THE GOVERNMENT**

I am in receipt of the following exhibits from the jury trial held September 3, 2019 through October 8, 2019 in the above-referenced case:

**GOVERNMENT'S EXHIBITS**

71-86; 96-97; 164; 213-215; 248-249; 343-373; 409-416; 418; 466; 511; 515-516; 519; 615-624; 627-629; 634-639; 669; 796; and 828

JACQUI ETIENNE – PARALEGAL
Name and Title (print)

USAO
Agency

*[signature]*
Signature

10/31/2019
Date