

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Ryan Buchanan, Kim Dammers, Conor Mulroe, Erin Spritzer for USA

**FROM:** Andrea Gee, Deputy Clerk

**DATE:** 11/29/2019

**CASE NO.:** 1:16-cr-00145-TWT-JKL-6,7,37

**SUBJECT:** RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

Receipt of this Notice is hereby acknowledged. _____
                                                                             (Signature)

[✓] Documentary Exhibits will be picked up no later than __3/11/2020__
                                                                                         (Date)

[ ] Documentary Exhibits may be destroyed. _____ (Initials)

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _____
                                              (Signature)

This __11__ day of __MARCH__, ~~2019~~ 2020.

---

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.



**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

600 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

Telephone: (404) 581-6000
Fax: (404) 581-6181

March 10, 2020

Clerk's Office
Andrea Gee, Deputy Clerk
2211 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, Georgia 30303

> Re: Reclamation and Disposition of Unclaimed Exhibits
> 1:16-CR-145-TWT-6, 7, 37- U.S. v. Mobley, et al

Dear Ms. Gee:

Please be advised that Ms. Jacqui Etienne will be coming to the Courthouse to pick up exhibits in the U.S. v. Mobley, et al case, Case No. 1:16-CR-145-TWT-6, 7, 37.

Sincerely,

BYUNG J. PAK
United States Attorney

/S/ Ryan Buchanan
Assistant United States Attorney